DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RANDY JENKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3191

[December 20, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case Nos. 09-9407 CF10A, 12-13735 CF10A and 12-15683 CF10A.

Randy Jenkins, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***